AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 12, 2008 |

| Name of SERVER | TITLE |
|---|---|
| Sheila D Brucke | |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☑     Other *(specify):* Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 4, 2008
            *Date*

Sheila D Brucke
*Signature of Server*

234 Commerce St. Montgomery AL 36051
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

2. Article Number

||||| |||| ||||| |||| ||||| |||| ||||| |||||

7160 3901 9849 2976 5176

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

1. Article Addressed to:

Monsanto Company
c/o CSC - Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA 95852

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)          B. Date of Delivery

C. Signature

X _____          ☐ Agent
                                                      ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:          ☐ No

PS Form 3811, January 2005          Domestic Return Receipt